RENSSELAER N. PATTERSON and others, *Respondents, v.* SILAS J. MOORE and SILAS B. MOORE, *Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LEARNED, P. J., dissenting.

GEORGE WHITING and others, *Appellants, v.* JOACHIM LEBENHEIM and EDMUND NOLLAIN, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.; LANDON, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* PAULINE FRIED-LANDER and others, *v.* ALBERT F. MITCHELL and others, *Trustees, etc.* — Assessment vacated, with fifty dollars costs and disbursements. Opinion by BOARDMAN, J.; LANDON, J., dissenting.

SARAH J. ULINE, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellants.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by LANDON, J., and by LEARNED, P. J., dissenting.

ANDREW SUFFERN and others, *Respondents, v.* LEWIS M. SMITH and JOHN L. BACON, *Appellants.* — Judgment reversed, referee discharged, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

ISAAC S. NEWTON, *Respondent, v.* BIRDSELL YALE, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LANDON, J., dissenting.

JOHN FLOOD, *Appellant, v.* JAMES DOOLEY, Jr., *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.; LANDON, J., not acting.

STEPHEN C. JOHNSON, *Respondent, v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, *Appellant.* — Judgment and order reversed, new trial granted and costs to abide event. Opinion by LEARNED, P. J.

SIMON J. KEATOR, *Respondent, v.* FLAVIUS SMITH and WILLIAM H. SMITH, *Appellants.* — Judgment modified by deducting $158.18, as of date of judgment, and as modified affirmed without costs in this court. Opinion by LANDON, J.

ALESTER VADNEY, *Respondent, v.* HENRY A. PERSON, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

PATRICK MURRAY, *as Administrator, etc., Appellant, v.* THE TROY AND WEST TROY BRIDGE COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by LANDON, J.; LEARNED, P. J. dissenting.

IN THE MATTER OF ESTATE OF PETER G. FOX, *Deceased.* — Decree affirmed, without costs to either party. Opinion by LEARNED, P. J.

OLNEY L. CARPENTER, *Respondent, v.* THE BOSTON AND ALBANY RAILROAD COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by LANDON, J.; LEARNED, P. J., not acting.

SETH PIERCE, *Respondent, v.* OLIVER ST. MARIE, *Appellant.* — Judgment affirmed, with costs.